EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture
YASIN MOHAMMAD
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 242798
    United States Courthouse
    312 North Spring Street, 14th Floor
    Los Angeles, California 90012
    Telephone:  (213) 894-6968
    Facsimile:  (213) 894-7177
    E-Mail:  Yasin.Mohammad@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>$54,917.00 IN U.S. CURRENCY,<br><br>    Defendant. | No.: CV 15-08424-CBM(KSx)<br><br>**CONSENT JUDGMENT**<br>**[JS-6]** |

    The civil forfeiture action captioned above was commenced on October 28, 2015.  No claims or answers were filed, and time for filing claims and answers has expired.  The defendant funds were seized from Oscar Venegas-Torres, and he was the only person to submit a claim in administrative forfeiture proceedings commenced against the defendant funds by the Drug Enforcement Administration.

1    Plaintiff and Oscar Venegas-Torres ("Torres") have made a
2 stipulated request for the entry of this consent judgment of
3 forfeiture resolving all claims concerning the defendant
4 $54,917.00 in U.S. currency ("defendant currency") (Asset ID No.
5 15-DEA-611959).
6    The Court has been duly advised of and has considered the
7 matter.  Based upon the mutual consent of the parties hereto and
8 good cause appearing therefor, the Court hereby **ORDERS, ADJUDGES**
9 **AND DECREES** that $49,917.00 of the defendant currency (Asset ID
10 No. 15-DEA-611959) and all interest earned on the entirety of
11 the defendant currency since seizure, is hereby forfeited to the
12 United States, and no other right, title or interest shall exist
13 therein.  The remaining portion of the defendant currency,
14 $5,000.00 in U.S. currency, without interest, shall be returned
15 to Torres through his counsel.  The funds are to be made payable
16 via ACH deposit to the Paul L. Gabbert Client Trust Account.
17 ///
18
19 ///
20
21 ///
22
23 ///
24
25 ///
26
27 ///
28

| | |
|---|---|
| 1 | The Court finds that there was reasonable cause for the |
| 2 | seizure of the defendant asset and the institution of this |
| 3 | action. This consent judgment shall be construed as a |
| 4 | certificate of reasonable cause pursuant to 28 U.S.C. § 2465. |
| 5 | Each of the parties shall bear its own fees and costs in |
| 6 | connection with the seizure, retention and return of the |
| 7 | defendant asset. |

DATED: January 29, 2016

_____
THE HONORABLE CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

CC: FISCAL

Presented by:

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


    /s/ Yasin Mohammad
YASIN MOHAMMAD
Assistant United States Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA